# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 24-CR-80010-MD

UNITED STATES OF AMERICA

v.

ELAINE ESCOE,

    Defendant.

_____/

## JOINT NOTICE OF FILING TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States and Defendant Elaine Escoe hereby file and attach hereto the following trial exhibits in this matter.

| Government Exhibit Number | Description |
| --- | --- |
| 01 | Bank Of America-20191029 To 20191125 |
| 02 | Bank Of America-20191126 To 20191226 |
| 03 | Bank Of America-20191217 To 20200128 |
| 04 | Bank Of America-Sig Card-4792 |
| 05 | Bluevine-Application Info |
| 06 | Bluevine-Bank 10-2019 |
| 07 | Bluevine-Bank 11-2019 |
| 08 | Bluevine-Bank 12-2019 |

| Government Exhibit Number | Description |
|---|---|
| 09 | Bluevine-Decision Notice_RBA Global LLC_2020-01-28 |
| 10 | Bluevine-IP Addresses |
| 11 | Google-conciergelyfe@gmail.com_Subscriber_Info |
| 12 | Google-elaine.escoe@Gmail.Com_Subscriber_Info |
| 13 | Google-elaineescoe20@gmail.com_Subscriber_Info |
| 14 | Hotwire-134.56.147.204_2 |
| 15 | Hotwire-134.56.147.204_3 |
| 16 | Lazarus-Amendment (3).Msg |
| 17 | Lazarus-Amendment RBA Global.Msg |
| 18 | Navy-Navy 4238 20220103 To 20200205 |
| 19 | USAA- Member ████9550 |
| 20 | Verizon-Owneremail__9549992078_2019-01-01_To_2023-11-29.781 |
| 21 | Verizon-Subscriber__Mtn-9549992078_2019-01-01_To_2023-11-29.495 |
| 22 | Yahoo-Eescoe@Yahoo.Com-Subscriber_Details-10.13.2023.Html |
| 23 | Yahoo-ElaineEscoe20@Yahoo.Com-Subscriber_Details-10.16.2023.Html |
| 24 | SunBiz-20151012 RBA Global Registration |

| Defense Exhibit Number | Description |
|---|---|
| C | Parque Tower Lease Contract |

Respectfully Submitted,

MARKENZY LAPOINTE                           The Kirlew Law Firm, PLLC
UNITED STATES ATTORNEY

By: ___/s/ Katie Sadlo_____          By: ___/s/ Brian Kirlew_____
   KATIE SADLO                                     Brian Kirlew, Esq.
   ASSISTANT UNITED STATES ATTORNEY               Florida Bar No. 0067218
   Florida Bar No. 1026417                         2103 Coral Way
   500 South Australian Avenue, Suite 400          Suite 401
   West Palm Beach, Florida 33401                  Miami, FL 33145
   Tel: (561) 209-1043                             Email: brian@kirlewlawfirm.com
   Fax: (561) 805-9846                             Tel: 305.521.0484 | Fax: 305.330.5436
   Katie.Sadlo@usdoj.gov

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2024, I electronically filed the foregoing document

with the clerk of the Court using CM/ECF.

                              /s/ Katie Sadlo
                              KATIE SADLO
                              ASSISTANT UNITED STATES ATTORNEY