UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-80010-MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

ELAINE ESCOE,

       Defendant.

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

On August 23, 2024, the Court entered a Judgment, ECF No. 69, directing the United States to file a preliminary order of forfeiture within three days. The United States is not pursuing federal judicial forfeiture at this time.

                                Respectfully submitted,

                                **HAYDEN P. O'BYRNE**
                                **UNITED STATES ATTORNEY**

By:    *s/ Marx P. Calderón*
           Marx P. Calderón
           Assistant United States Attorney
           Court ID No. A5502700
           U.S. Attorney's Office
           99 N.E. 4th Street, 7th Floor
           Miami, Florida 33132-2111
           Telephone: (305) 961-9036
           E-mail: Marx.Calderon@usdoj.gov